IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

SHIRLEY M. BROWN,            )
                             )
    Plaintiff,               )
                             )
                             )
VS.                          )    No. 05-1192-T/An
                             )
                             )
JO ANNE B. BARNHART, Commissioner )
of Social Security,          )
                             )
    Defendant.               )

_____

ORDER STRIKING PLAINTIFF'S MEMORANDUM

_____

On October 3, 2005, plaintiff Shirley M. Brown filed a Memorandum in Support of her complaint for review of the Commissioner's determination that she is not entitled to supplemental security income benefits. Plaintiff's memorandum is thirty-six (36) pages in length.

Local Rule 7.2(e) provides that memoranda shall not exceed twenty (20) pages in length without prior court approval.[1] Plaintiff has not sought permission to exceed the page limitation in this case. Therefore, plaintiff's memorandum is hereby STRICKEN.

---

[1] Even though the rule refers to "memoranda in support of or in opposition to motions" the Court also applies this twenty-page limitation to social security briefs. Local Rule 7.3, allowing a memorandum to be thirty-five pages in length, specifically applies only to trial memoranda.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 10/12/05

Plaintiff will have fifteen (15) days in which to refile her brief within the twenty (20) page limitation.[2]

IT IS SO ORDERED.

*James D. Todd*
_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

7 October 2005
_____
DATE

---

[2] Although complaints for judicial review of a decision regarding benefits are generally referred to as social security "appeals," it is unnecessary for plaintiff's memoranda to be structured as a formal appellate brief, with separate cover page, certificate of interested persons, oral argument statement, table of contents, table of citations, statement of jurisdiction, statement of the issues, and formal statement of the case. A standard memorandum containing plaintiff's arguments will be sufficient.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01192 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lowe Finney
Hardee & Martin
213 East Lafayette Street
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT